1

2

3                            UNITED STATES DISTRICT COURT

4                           NORTHERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,                    Case No.  99-cv-00402-MAG   (JSC)

7                    Plaintiff,

8            v.                                    **ORDER DEEMING APPLICATION
                                                  FOR WRIT OF CONTINUING
9    LEO PELLOM,                                   GARNISHMENT WITHDRAWN**

                     Defendant.                    Re: Dkt. No. 8
10

11           In 1999, Plaintiff the United States of America brought an action to collect a student loan

12   debt from Defendant Leo Pellom.  Mr. Pellom did not respond and default judgment was entered

13   against him on May 11, 1999 in the amount of $7,092.46. Nearly 16 years later, the United States

14   filed the now pending Ex Parte Motion for Writ of Continuing Garnishment seeking an order

15   authorizing garnishment of Mr. Pellom's earnings from the Pacific Maritime Association. (Dkt.

16   No. 8.)  On February 13, 2015, the Court issued an Order requesting supplemental briefing

17   regarding the application.  (Dkt. No. 12.)  The United States has filed its response.  (Dkt. No. 13.)

18           Because the government's response indicates that the application should be withdrawn as it

19   failed to properly serve Mr. Pellom at an accurate address, the application is hereby deemed

20   WITHDRAWN, or alternatively, DENIED for failure to properly identify Mr. Pellom's last

21   known address.  If the United States refiles the application, its renewed application should address

22   the issues raised in the February 13, 2015 Order and ensure proper service at Mr. Pellom's last

23   known address.

24           The Order disposes of Docket No. 8.

25           **IT IS SO ORDERED.**

26   Dated: March 6, 2015

27                                                 _____
                                                  Jacqueline Scott Corley
28                                                 United States Magistrate Judge